MORRIS LITTMAN, as Executor and Trustee of AARON ASHER, Deceased, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Littman* v. *The Mayor*, 36 App. Div. 189, affirmed.
(Argued May 11, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term.

*Edward Jacobs* and *John C. Robinson* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

———

JAMES CARROLL, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Carroll* v. *The Mayor*, 29 App. Div. 420, affirmed.
(Argued May 11, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term.

*Henry W. Smith* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.